AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Ronald Katz<br><br>*Plaintiff(s)*<br>v.<br>Miami Dolphins, Ltd., Fin Associates, LLC, and National Football League<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20-cv-25338-UU<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIAMI DOLPHINS, LTD
CORPORATE CREATIONS NETWORK INC. - REGISTERED AGENT
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DAVID STONE, ESQ.
GARY N. MANSFIELD, ESQ.
ARIANE WOLINSKY, ESQ.
MANSFIELD BRONSTEIN & STONE, LLP
500 E. BROWARD BLVD., SUITE 1450
FT. LAUDERDALE, FLORIDA 33394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jan 4, 2021

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Ronald Katz<br><br>*Plaintiff(s)*<br>v.<br>Miami Dolphins, Ltd., Fin Associates, LLC, and National Football League<br><br>*Defendant(s)* | Civil Action No. 1:20-cv-25338-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FIN ASSOCIATES, LLC
C/O CORPORATION SERVICE COMPANY - REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID STONE, ESQ.
GARY N. MANSFIELD, ESQ.
ARIANE WOLINSKY, ESQ.
MANSFIELD BRONSTEIN & STONE, LLP
500 E. BROWARD BLVD., SUITE 1450
FT. LAUDERDALE, FLORIDA 33394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jan 4, 2021

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Ronald Katz<br><br>*Plaintiff(s)*<br>v.<br>Miami Dolphins, Ltd., Fin Associates, LLC, and National Football League<br><br>*Defendant(s)* | Civil Action No. 1:20-cv-25338-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE NATIONAL FOOTBALL LEAGUE
 345 PARK AVENUE
 NEW YORK, NY 10154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
 DAVID STONE, ESQ.
 GARY N. MANSFIELD, ESQ.
 ARIANE WOLINSKY, ESQ.
 MANSFIELD BRONSTEIN & STONE, LLP
 500 E. BROWARD BLVD., SUITE 1450
 FT. LAUDERDALE, FLORIDA 33394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jan 4, 2021

s/ P. Curtis
Deputy Clerk
U.S. District Courts