**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CV-25338-UU**

RONALD KATZ,

      Plaintiff,

vs.

MIAMI DOLPHINS, LTD., a Florida
Limited Partnership, FIN ASSOCIATES
LLC, a Foreign Limited Liability Company,
and THE NATIONAL FOOTBALL
LEAGUE, a New York corporation,

      Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, RONALD KATZ, hereby files this, his Notice of Voluntary Dismissal of the above-styled cause as to Defendants, MIAMI DOLPHINS, LTD., FIN ASSOCIATES LLC, AND THE NATIONAL FOOTBALL LEAGUE without prejudice. Each party is to bear own attorney's fees and costs.

Dated: March 12, 2021

                                                                         Respectfully submitted,

                                                                          /s/ Ariane Wolinsky
                                                                       MANSFIELD, BRONSTEIN & STONE, LLP
                                                                       *Counsel for Plaintiff*
                                                                       500 E. Broward Boulevard, Suite 1450
                                                                       Fort Lauderdale, Florida 33394
                                                                       Phone: 954.601.5600
                                                                       Fax: 954.961.4756
                                                                       Gary N. Mansfield
                                                                       Florida Bar No. 61913
                                                                       Gary@mblawpa.com
                                                                       David Stone
                                                                       Florida Bar No. 400432
                                                                       Dstone@davidstonelaw.com

        David@mblawpa.com
        Ariane Wolinsky
        Florida Bar No. 51719
        Ariane@mblawpa.com
        <u>Designated Service Email:</u>
        litigation@mblawpa.com

## **<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on March 12<u>th</u>, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Russell L. Hirschhorn, Esq., at rhirschhorn@proskauer.com and Tulio D. Chirinos, Esq. at tchirinos@proskauer.com, counsel for The National Football League, and Benjamin Brodsky, Esq. at bbrodsky@bflegal.com, counsel for Miami Dolphins, LTD and Fin Associates, LLC via e-mail service.

        /s/ Ariane Wolinsky
        ARIANE WOLINSKY, ESQ.