UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25338-UU

RONALD KATZ,

    Plaintiff,

v.

MIAMI DOLPHINS, LTD., *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice.  D.E. 13.  The Court having reviewed the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All future hearings are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _15th_ day of March, 2021.

                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record